FILED

1005 SEP 13 P 1:51

...COURT
...DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
William J. Mirch,

        Debtor.

Bankruptcy No. 02-69767
Hon. Thomas J. Tucker
Chapter 7

_____/

Sheila J. Solomon, Trustee for the estate of
William J. Mirch,

        Plaintiff,

-v-

Jordan William Mirch,

        Defendant.

Adv. Pro. No. 04-5136

_____/

## STIPULATION TO DISMISS THE TRUSTEE'S COMPLAINT WITH PREJUDICE

The parties, by their respective counsel undersigned, hereby stipulate and agree that the Complaint filed against Jordan William Mirch by Sheila J. Solomon as Trustee for the estate of William J. Mirch, is dismissed with prejudice, without costs or fees to either party.

| | |
|---|---|
| /s/ Charles Bullock/JM (w/ permission See Attached) | /s/ Gary August |
| Charles D. Bullock (P55550) | Gary K. August (P48730) |
| Stevenson & Bullock, P.L.C. | Zausmer, Kaufman, August & Caldwell, PC |
| Attorney for Plaintiff Trustee | Attorney for Defendant Jordan W. Mirch |
| 29200 Southfield Rd., Suite 210 | 31700 Middlebelt Road, Suite 150 |
| Southfield, Michigan 48076 | Farmington Hills, Michigan 48334 |
| 248/423-8200 | 248/841-4111 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
William J. Mirch,

    Debtor.

Bankruptcy No. 02-69767
Hon. Thomas J. Tucker
Chapter 7

_____/

Sheila J. Solomon, Trustee for the estate of
William J. Mirch,

    Plaintiff,

-v-

Jordan William Mirch,

    Defendant.

Adv. Pro. No. 04-5136

_____/

### STIPULATION TO DISMISS THE TRUSTEE'S COMPLAINT WITH PREJUDICE

The parties, by their respective counsel undersigned, hereby stipulate and agree that the Complaint filed against Jordan William Mirch by Sheila J. Solomon as Trustee for the estate of William J. Mirch is dismissed with prejudice, without costs or fees to either party.

Charles D. Bullock (P55550)
Stevenson & Bullock, P.L.C.
Attorney for Plaintiff Trustee
29200 Southfield Rd., Suite 210
Southfield, Michigan 48076
248/423-8200

Gary K. August (P48730)
Zausmer, Kaufman, August & Caldwell, PC
Attorney for Defendant Jordan W. Mirch
31700 Middlebelt Road, Suite 150
Farmington Hills, Michigan 48334
248/841-4111